IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3085 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CESAR GONZALEZ, a/k/a | ) | |
| CEASAR GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America, and against the defendant, Cesar Gonzalez, a/k/a Ceasar Gonzalez, providing that he shall take nothing, and the motion in filing 162 is denied with prejudice.

July 27, 2005.                                BY THE COURT:

                                              *s/ Richard G. Kopf*
                                              United States District Judge